Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JBA INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CELS ENTERPRISES, INC., <br><br> Defendant. <br><br>——————————————— <br><br> CELS ENTERPRISES, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> GEAC COMPUTER CORPORATION LTD., dba GEAC ENTERPRISE SOLUTIONS; and JBA INTERNATIONAL, INC. | CASE NO. CV 02-2607 RGK (RZx) <br><br> **JUDGMENT** |

ENTERED
CLERK U.S DISTRICT COURT
AUG 18 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

This matter was duly tried before a jury, commencing on July 8, 2003, before the Honorable R. Gary Klausner presiding. On July 17, 2003, the jury rendered its verdict by way of special verdict.

In accordance with the verdict so rendered by the jury in this matter, IT IS ORDERED, ADJUDICATED AND DECREED that

368

1. Cels Enterprises, Inc. ("Cels") is entitled to judgment against Geac Enterprise Solutions, Inc. ("GES") as follows: the sum of $1,837,500.00 in compensatory damages plus the sum of $2,250,000 in punitive damages.

2. Cels may apply to recover its costs.

3. GES' copyright claim is dismissed for insufficient evidence presented in this action.

4. GES shall recover nothing on its remaining claims.

5. Cels' declaratory relief claims are dismissed as moot in light of the jury verdict in Cels' favor.

6. The judgment will bear interest at the judgment rate from the date hereof until fully satisfied.

7. Pre-judgment interest on the breach of contract award shall be assessed as provided by New Jersey law, at the Court's discretion, at a rate of 5% per annum ($56.24 per day) from May 8, 2001 until the date the Judgment is signed, for a total assessment of pre-judgment interest of $46,735.44.

8. All relief not expressly granted herein is denied.

DATED: AUG 14 2003

R. Gary Klausner, Judge
United States District Court

2